In the Matter of Douglas R. Berman, Appellant, v Imtiaz Baraichi, Respondent.

Submitted February 18, 2014; decided May 1, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Cooperstown Holstein Corporation, Appellant, v Town of Middlefield, Respondent.

In the Matter of Mark S. Wallach, as Chapter 7 Trustee for Norse Energy Corp. USA, Appellant, v Town of Dryden et al., Respondents.

Submitted April 28, 2014; decided May 1, 2014

Motion by American Petroleum Institute et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.

Cooperstown Holstein Corporation, Appellant, v Town of Middlefield, Respondent.

Submitted April 28, 2014; decided May 1, 2014

Motion by Brewery Ommegang Ltd. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.